BEFORE THE SECOND DIVISION, OCTOBER 30, 1957

**No. 61305.**—D. J. Ambrosio and Eugene Hess et al. *v.* United States, protests 283713–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.